# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In the Matter of John David Du Wors

WSBA No. 33987

Case No 2:23-rd-00096-RSM

ORDER OF RECIPROCAL DISCIPLINE

The matter comes before the Court under General Rule 2(f) of the Local Rules of the United States District Court for the Western District of Washington.  Thirty days has elapsed since the Court was informed that John David Du Wors was suspended by the Washington State Supreme Court; and John David Du Wors was afforded the opportunity to show good cause within thirty days why John David Du Wors should not be suspended; no good cause having been shown;

It is ORDERED THAT John David Du Wors is suspended from practice before this Court.

DATED this 3rd October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER of reciprocal discipline